UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61638-CIV-HURLEY

PATRICKA A. FORDE,
   plaintiff,

vs.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,
   Defendant.
_____/

**CLOSED CASE**

### ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE OUT

THIS CAUSE is before the court upon the plaintiff's notice of voluntary dismissal with prejudice filed December 19, 2007. [DE# 5]  Having considered the notice, it is hereby

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE**.

2. There being nothing further for the court to resolve, it is ordered that the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _2ND_ day of January, 2008.

Daniel T. K. Hurley
United States District Judge

Copies furnished:

all counsel